AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

**FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS
MAR 11 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| L. C. DAVIS | ) Case No: 4:00CR00239-001 SWW |
| | ) USM No: 22232-009 |
| Date of Previous Judgment: 10/08/2002 | ) DAVID R. CANNON |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __10/08/02__ months **is reduced to** __120 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __30__            Amended Offense Level: __28__
Criminal History Category: __IV__         Criminal History Category: __IV__
Previous Guideline Range: __135__ to __168__ months   Amended Guideline Range: __120__ to __137__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10/08/2002__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/11/2008__

_/s/ Susan Webber Wright_
Judge's signature

Effective Date: as soon as possible but not later than 3/21/08
(if different from order date)

SUSAN WEBBER WRIGHT, U.S. District Judge
Printed name and title